# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>              Plaintiffs,<br><br>   v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>              Defendant. | No. 1:23-cv-1338 (APM) |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS**

The Clerk will please note the appearance of the undersigned as additional counsel for the plaintiffs.

                                                     */s/ Emma Andersson*
                                                     Emma A. Andersson[1]
                                                     CA Bar No. 260637
                                                     American Civil Liberties Union Foundation
                                                     125 Broad Street 18th Fl.
                                                     New York, NY 10004
                                                     Tel: (347) 931-6337
                                                     eandersson@aclu.org

May 31, 2023

---

[1] Pro Hac Vice Motion for Admission granted in Minute Order, May 30, 2023.