UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>BUREAU OF PRISONS,<br><br>                Defendant. | Civil Action No. 23-1338 (APM) |

## **JOINT STATUS REPORT**

Pursuant to the Court's July 13, 2023, Order, Plaintiffs, the American Civil Liberties Union, American Civil Liberties Union Foundation, and American Civil Liberties Union of the District of Columbia (together, the "ACLU") and Defendant, the Bureau of Prisons ("Agency") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

Plaintiffs filed their complaint on May 10, 2023, ECF No. 1, regarding their Freedom of Information Act ("FOIA") request for information concerning the Defendant's placement of individuals in home confinement pursuant to the Coronavirus Air, Relief, and Economic Security Act. *See id.*

Defendant has completed its search and processing with respect to Plaintiffs' FOIA request and produced responsive, non-exempt information on July 19, 2023, which Defendant believes is the final and only production in this matter. Plaintiffs are reviewing the information and intend to submit any questions regarding the information to Defendant on or before July 27, 2023.

Thus, the Parties respectfully propose submission of a joint status report apprising the Court as to the status of the case in thirty days, on or before August 25, 2023.

- 1 -

Dated: July 26, 202              Respectfully submitted,

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street, NW – 2nd floor
Washington, DC 20005
(202) 601-4266
aspitzer@acludc.org

Emma A. Andersson[1] (CA Bar No. 260637)
American Civil Liberties Union Foundation
125 Broad Street – 18th floor
New York, NY 10004
(347) 931-6337
eandersson@aclu.org

*Counsel for Plaintiffs*


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Dedra S. Curteman*
DEDRA S. CURTEMAN, IL Bar #6279766
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for Defendant*

---

[1] Motion for Leave to Appear *Pro Hac Vice* granted in Minute Order, 5/30/23.

- 2 -